Patricia J. Kasputys, Esquire
Law Offices of Peter G. Angelos, P.C.
100 North Charles Street
Baltimore, MD 21201
Tel: 410-649-2023
Fax: 410-649-2101
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO.: 3:07-cv-00600-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Mary Fran Stromyer as Personal Representative Of the Estate of Francis B. Stromyer<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, MARY FRAN STROMYER (Social Security Number 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), as Personal Representative of the Estate of FRANCIS B. STROMYER, (Social Security Number 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), and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: August 20, 2009        By: *Patricia Kasputys*
                                 Patricia J. Kasputys
                                 Attorney for Plaintiff

DATED: __Oct. 12__, 2009        By:_____

                                            DLA PIPER LLP (US)
                                            1251 Avenue of the Americas
                                            New York, NY 10020
                                            Telephone: (212) 335-4500
                                            Facsimile: (212) 335-4501
                                            *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: __10/16/09__



Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer